Michelle Oropeza
715 E 16th N
Mountain Home ID 83647
michelle.oropeza.208@gmail.com
(208) 698-5450
Plaintiff, Pro Se

U.S. COURTS

OCT 10 2025

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

THE UNITED STATES DISTRICT COURT
STATE OF IDAHO – ADA COUNTY

MICHELLE OROPEZA
715 E 16TH N
MOUNTAIN HOME, ID 83647

Plaintiff,

Human Good Inc.
1900 Huntington Drive, Duarte, CA 91010
A California corporation doing business as
The Terraces of Boise
5301 E Warm Springs Ave, Boise, ID 83716

Defendant

Case No 1:25-CV-00577-DCN

COMPLAINT FOR EMPLOYMENT
DISCRIMINATION, RETALIATION,
FAILURE TO ACCOMODATE, HOSTILE
WORK ENVIRONMENT AND SEXUAL
HARASSMENT

## I. JURISDICTION AND VENUE

1. This action arises under Title VII of the Civil Rights Act of 1964, the Pregnancy Discrimination Act, and the Pregnant Workers Fairness Act.

2. Jurisdiction is proper under 28 U.S.C. §1331 because this case involves federal questions.

PAGE - 1

3. Venue is proper in the District of Idaho because the alleged discrimination occurred in Boise and Plaintiff resides in Mountain Home, Idaho.

---

## II. PARTIES

4. Plaintiff MICHELLE OROPEZA is an individual residing in Mountain Home, Idaho.

5. Defendant HUMANGOOD INC. is a California corporation that owns and operates The Terraces of Boise, Boise, Idaho, employing more than fifteen employees.

---

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

6. Plaintiff filed a charge of discrimination with the EEOC in 2024.

7.  On July 9, 2025, the EEOC issued a Determination and Notice of Right to Sue.

8.  Plaintiff received that notice on July 15, 2025 (USPS Informed Delivery confirmation).

9.  This Complaint is filed within ninety (90) days of receipt of the notice.

---

## IV. STATEMENT OF FACTS

10. Plaintiff worked for Defendant at The Terraces of Boise and performed her duties satisfactorily.

11. During pregnancy, she requested reasonable accommodations including safe and sanitary pumping areas and medical schedule flexibility.

12. Defendant ignored or denied these requests and subjected Plaintiff to unsafe and unsanitary conditions.

13. From 2023 through 2024, Defendant disciplined Plaintiff for minor or fabricated infractions while other employees were not.

14. Discipline included unjustified write-ups for tardiness and documentation errors.

15. After Plaintiff complained internally and to the EEOC, Defendant increased hostility and scrutiny.

16. Supervisors made derogatory remarks about her pregnancy and needs; HR failed to intervene.

17. On January 7, 2025, Defendant terminated Plaintiff's employment.

18. Defendant then appealed Plaintiff's approved unemployment benefits, causing revocation and a repayment order of $2,950.

18a - As a direct result of Defendant's retaliatory denial and further appeal of Plaintiff's unemployment benefits, the Idaho Department of Labor revoked the Plaintiff's unemployment benefits and issued a repayment order that Plaintiff was unable to pay. The State subsequently recorded a lien against Plaintiff's residence for the amount of $2,950, causing additional financial hardship, damage to credit and emotional distress.

18b. Copies of Plaintiff's unemployment approval, employer appeal, repayment order and subsequent lien are attached as Exhibit D.

19. The EEOC found substantial weight for probable cause of discrimination and retaliation.

20. After Plaintiff's termination, her supervisor was removed or resigned at the company president's direction.

---

## V. CAUSES OF ACTION

Count 1 – Pregnancy Discrimination (Title VII / PDA)

21. Defendant discriminated against Plaintiff because of pregnancy and related conditions.

Count 2 – Failure to Accommodate (Pregnant Workers Fairness Act)

22. Defendant failed to provide reasonable accommodations for pregnancy and lactation needs and maintained unsafe conditions.

Count 3 – Retaliation (Title VII)

23. Defendant retaliated against Plaintiff for filing complaints and an EEOC charge, culminating in termination and loss of benefits.

Count 4 – Hostile Work Environment

24. Defendant created and tolerated a hostile and offensive environment based on pregnancy and sex.

Count 5 – Sexual Harassment / Sex-Based Hostile Work Environment

25. Defendant required female employees to wear uniform shirts made of thin, static-prone material that clung to the body and made nipples visibly protrude.

26. This policy subjected female staff to embarrassment and unwanted attention.

27. Plaintiff and others complained to supervisors and corporate HR that the uniforms were inappropriate and created a sexually hostile work environment.

28. During a recorded meeting, management acknowledged the complaints and promised new uniforms but failed to act.

29. Defendant's failure to correct the problem constitutes sexual harassment and sex-based discrimination under Title VII.

---

PAGE - 6

## VI. DAMAGES AND RELIEF REQUESTED

30. Plaintiff incorporates all previous paragraphs.

31. As a direct result of Defendant's actions, Plaintiff suffered loss of income, emotional distress, and humiliation.

32. Plaintiff seeks:

a.   Back pay and lost benefits;

b.   Compensatory and punitive damages;

c.   Pain and suffering;

d.   Reimbursement of unemployment repayment ($2,950);

e.   Policy changes and training; and

f.   Any other relief the Court deems just and proper.

g.   Compensation for financial loss and credit damage caused by the unemployment lien recorded against Plaintiff's residence.

33. Plaintiff demands a jury trial on all issues so triable.

34. Plaintiff requests total damages of $3,500,000.

---

## VII. ATTACHMENTS

**Exhibit A** -- EEOC Determination and Right-to-Sue Letter (July 9 2025; Received July 15   2025)

**Exhibit B** – USPS Informed Delivery receipt showing the date of receipt of EEOC Determination and Right-to-Sue Letter

**Exhibit C** – Plaintiff's EEOC Rebuttal, Position Statement and Supporting Evidence (167 pages)

**Exhibit D** – Unemployment Benefits and Lien Records (Approval, Employer Appeal, Revocation Decision, Repayment Order and Lien) 5 pages.

**Exhibit E** – Digital Evidence Index (recordings, emails, photos, uniform evidence).

All evidence contained in Exhibit D was submitted to the EEOC during its investigation and made available to Defendant through the EEOC portal

– Will be provided to court at a later date.

---

Dated: ___10/10/25___

Respectfully submitted,

MICHELLE OROPEZA

Plaintiff pro se

715 E 16th N

Mountain Home, ID 83647

Email: Michelle.oropeza.208@gmail.com